# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

May 14, 2018

**BY ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    United States v. Jeffrey Webb, et al., 15-CR-00252 (PKC)

Dear Judge Chen:

    We write to respectfully request that the sentencing date for our client, Alejandro Burzaco, currently set for May 22, 2018, be adjourned for nine months.  We have consulted with the Government and they consent to this request.

Sincerely,

/s/ Sean Patrick Casey
Sean Patrick Casey

(212) 335-2964

cc:    United States Attorney's Office, Eastern District of New York