**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ALEJANDRO BURZACO,<br><br>        Defendant. | 15-CR-252 (PKC) |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

  Alejandro Burzaco, by and through his attorneys and pursuant to Local Rule 1.4 and Local Criminal Rule 1.2, respectfully requests that the Court grant attorney Sean P. Casey of Walden Macht & Haran LLP leave to withdraw his appearance as attorney of record in this matter, and states as follows:

  1. Jim Walden of Walden Macht & Haran LLP is counsel of record to Mr. Burzaco and will continue to act as counsel to Mr. Burzaco.

  2. Mr. Casey is leaving Walden Macht & Haran LLP and moving to an in-house position.

  3. Mr. Burzaco has consented to the withdrawal of Mr. Casey.

  4. Mr. Burzaco is currently awaiting sentencing and has a sentencing control date scheduled for August 21, 2019. Mr. Burzaco does not anticipate that this withdrawal will cause any delays.

5. The Government has been notified of this request and has given its consent to the withdrawal of Mr. Casey.

Wherefore, Defendant Mr. Burzaco respectfully requests that the Court enter an order granting the withdrawal of Sean P. Casey.

Dated: New York, New York  
      July 16, 2019

Respectfully Submitted,

By: _____

Sean Patrick Casey  
One Battery Park Plaza, 34th Floor  
New York, NY 10004  
Tel.: (212) 335-2964

**IT IS SO ORDERED.**

Dated:                         _____  
                                      HON. PAMELA K. CHEN  
                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATION OF SERVICE

I, Robert Carpenter, hereby certify that, on July 16, 2019, I electronically caused the Notice of Motion and Motion for Withdrawal of Appearance to be filed with the Clerk of the Court using the CM/ECF System and to be served, via the Court's CM/ECF System, on the counsel of record for Plaintiff United States of America.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2019
New York, New York

Robert Carpenter