# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

July 17, 2019

**BY ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    United States v. Jeffrey Webb, et al., 15-CR-00252 (PKC)

Dear Judge Chen:

    We write to respectfully request that the sentencing date for our client, Alejandro Burzaco, currently set for August 21, 2019, be adjourned for six months to a date convenient for the Court. We have consulted with the Government and they consent to this request.

                        Sincerely,

                        Jim Walden
                        (212) 335-2031

cc:    United States Attorney's Office, Eastern District of New York