UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>ALEJANDRO BURZACO,<br><br>         Defendant. | 15-CR-252 (PKC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court, and hereby respectfully submits this notice of appearance as counsel for Defendant Alejandro Burzaco.

Dated: New York, New York
   August 2, 2019

                By: *[signature]*
                   Jennifer A. Prevete
                   WALDEN MACHT & HARAN LLP
                   One Battery Park Plaza, 34th Floor
                   New York, NY 10004
                   Tel.: (212) 335-2382
                   Email: JPrevete@wmhlaw.com

                   *Attorneys for Defendant Alejandro Burzaco*