# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

January 31, 2020

**BY ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    United States v. Jeffrey Webb, et al., 15-CR-00252 (PKC)

Dear Judge Chen:

      We write to respectfully request that the sentencing date for our client, Alejandro Burzaco, currently set for February 20, 2020, be adjourned for six months to a date convenient for the Court. The Government consents to this request.

      Sincerely,

Jim Walden
(212) 335-2031

cc:    United States Attorney's Office, Eastern District of New York