February 21, 2020

**NORTON ROSE FULBRIGHT**

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
United States

**VIA ECF**

Judge Pamela K. Chen
United States District Court
Eastern District of New York
220 Cadman Plaza East
Brooklyn, New York 11201
Courtroom 4F

Direct line +1 212 318 3320
carlos.ortiz@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re:   United States v. Alejandro Burzaco, 15-cr-252 (PKC) (RML)
      Request from Third Party Petitioner Full Play Group S.A. to Appear as Interested Party

Judge Chen:

Norton Rose Fulbright US LLP represents Full Play Group S.A. ("FPG"), an entity incorporated in Uruguay.  We write to respectfully request that the Court add FPG as an interested third party to the forfeiture proceedings relating to Alejandro Burzaco by the U.S. Attorney General's Office of the Eastern District of New York (the "Government").

On December 2, 2015, this Court entered a Preliminary Order of Forfeiture for certain monies and assets.  Among the assets subject to the order of forfeiture are: "Any and All [sic] funds on deposit in Bank Hapoalim Account no. CH040828170441801000U held in the name of Datisa S.A. ['Datisa'], and all proceeds traceable thereto [the 'Account']."  FPG, along with Traffic Group ("Traffic") and Torneos Y Competencias S.A. ("Torneos"), are joint venture members in Datisa, a Uruguayan corporate entity and the owners of the Account.  The Government sent a letter dated January 21, 2020 via FedEx addressed to Datisa in Uruguay attaching the Preliminary Order of Forfeiture, which provides that any person asserting a legal interest in the forfeited assets may petition the Court for a hearing.  Accordingly, yesterday, FPG filed a Verified Petition, asserting its legal interest in the Account, and concurrently a Motion to Stay.  We respectfully ask that the Court grant FPG's request to appear on the Court's docket as a third party in the above-referenced action.[1]  A courtesy copy of our filings (D.E. 1309) has been delivered to the Court earlier today.

We remain at Your Honor's disposition should you have any questions or concerns.

Respectfully,


*/s/ Carlos F. Ortiz*
Carlos F. Ortiz

---

[1] Unable to add ourselves to the Court's docket without leave, our filing was made using the Letter filing event on the docket.  We understand that after the Court approves FPG being added as a third party to this action, the Clerk will be able to make the administrative adjustment to add FPG on the Court's docket and we will file a notice of appearance.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Judge Pamela K. Chen
February 21, 2020
Page 2

**NORTON ROSE FULBRIGHT**

Encl.
CC: All Counsel via ECF
CFO/MCB: