UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Respondent,<br><br> -against-<br><br>ALEJANDRO BURZACO. | Index No. 15 CR 252 (PKC) (RML)<br><br>**PETITIONER'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Full Play Group S.A. certifies that it does not have a parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Date: February 25, 2020
New York, New York

        **NORTON ROSE FULBRIGHT US LLP**

        By */s/ Carlos F. Ortiz*
          Carlos F. Ortiz
          Mayling C. Blanco
          Katey L. Fardelmann
          1301 Avenue of the Americas
          New York, NY 10019-6022
          Telephone:  (212) 318 3000
          Facsimile:  (212) 318 3400
          carlos.ortiz@nortonrosefulbright.com
          mayling.blanco@nortonrosefulbright.com
          Katey.fardelmann@nortonrosefulbright.com

          *Attorneys for Petitioner Full Play Group S.A.*