

One Battery Park Plaza
34th Floor
New York, NY 10004

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

July 20, 2020

**BY ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>United States v. Jeffrey Webb, et al.</u>, 15-CR-00252 (PKC)

Dear Judge Chen:

    We write to respectfully request that the sentencing date for our client, Alejandro Burzaco, currently set for August 20, 2020, be adjourned for six months to a date convenient for the Court.  The Government consents to this request.

Sincerely,

Jim Walden, Esq.
(212) 335-2031

cc: United States Attorney's Office, Eastern District of New York