UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEJANDRO BURZACO,<br><br>                    Defendant. | Case No. 15-CR-00252 (PKC)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To:    The Clerk of the Court and all parties of record:

Pursuant to Local Rule 1.3(d) of this Court, please take notice of the following firm address change for Jim Walden. My EDNY Bar Number is JW0447. My State Bar Number is 2505642.

Old Firm Address: One Battery Park Plaza, 34th Floor, New York, NY 10004

New Firm Address: 250 Vesey Street, 27th Floor, New York, NY 10281

Please update your records accordingly and serve all future pleadings, notices, and other papers upon us at our new address.

Dated:  New York, NY
           January 13, 2021

**WALDEN MACHT & HARAN LLP**

By:   /s/    *Jim Walden*
Jim Walden
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
jwalden@wmhlaw.com

*Attorneys for Defendant Alejandro Burzaco*