UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALEJANDRO BURZACO,

    Defendant.

15-cr-00252 (PKC)

---

### NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

  The undersigned, having appeared as counsel for Alejandro Burzaco in the above-captioned action on August 2, 2019 (1:15-cr-00252, ECF No. 1283), respectfully requests that the Court enter an order directing the Clerk to relieve her as counsel for the party, remove her appearance from the docket, and remove her name from the ECF distribution list, due to her imminent departure from Walden Macht & Haran LLP.

  The undersigned's departure will not affect any pending deadlines nor occasion any delays in this action, as other attorneys from Walden Macht & Haran have also appeared and continue to represent Mr. Burzaco in the action.

Dated: New York, NY
    September 17, 2021

**WALDEN MACHT & HARAN LLP**

By: /s/ *Jennifer Prevete*
   Jennifer Prevete
   250 Vesey Street, 27th Floor
   New York, NY 10281
   Tel: (212) 335-2030
   Email: jprevete@wmhlaw.com

   *Attorneys for Defendant Alejandro Burzaco*

## CERTIFICATE OF SERVICE

I, Jennifer Prevete, hereby certify that, on September 17, 2021, I electronically caused the Notice of Motion and Motion for Withdrawal of Appearance to be filed with the Clerk of the Court using the CM/ECF System and to be served, via the Court's CM/ECF System, which will provide notification of such filing to the parties of record.

Dated:   New York, New York
         September 17, 2021

                                        /s/ *Jennifer Prevete*
                                        Jennifer Prevete