

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

November 10, 2021

**BY ECF**

The Honorable Pamela K. Chen
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Jeffrey Webb, et al.*, 15-CR-00252 (PKC)

Dear Judge Chen:

    We write to respectfully request that the sentencing date for our client, Alejandro Burzaco, currently set for November 15, 2021, be adjourned for nine months to a date convenient for the Court. We have consulted with the Government, and they consent to this request.

    Sincerely,

    Jim Walden, Esq.
    212-335-2031

cc: United States Attorney's Office, Eastern District of New York