Exhibit A

ANY AND ALL FUNDS FORMERLY ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER CH040828170441801000U HELD IN THE NAME OF DATISA S.A., WHICH WERE TRANSFERRED TO HYPOSWISS PRIVATE BANK GENEVE SA ACCOUNT NUMBER 7044180 HELD IN THE NAME OF DATISA S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK JULIUS BAER ACCOUNT NUMBER CH0508515030922842001 HELD IN THE NAME OF FPT SPORTS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT BANK JULIUS BAER ACCOUNT NUMBER 0312.1033 HELD IN THE NAME OF PABLO HUMBERTO AVERSA AND/OR GENARO AVERSA;

ANY AND ALL FUNDS ORIGINATING FROM BSI S.A. ACCOUNT NUMBER 15449122 HELD IN THE NAME OF FPT INVESTMENTS LTD TRANSFERRED TO SWISS NATIONAL BANK ACCOUNT NUMBER CH0400115001510007503 HELD IN THE NAME OF THE FEDERAL DEPARTMENT OF FINANCE;

ANY AND ALL FUNDS ON DEPOSIT IN ING BANK ACCOUNT NUMBER 0020081375 HELD IN THE NAME OF TORNEOS TRAFFIC SPORTS MARKETING, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ABN AMRO ACCOUNT NUMBER 242069819 HELD IN THE NAME OF TYC INTERNATIONAL B.V., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO BILBAO VIZCAYA ARGENTARIA ACCOUNT NUMBER 7584831 HELD IN THE NAME OF PRODUCTORA DE EVENTOS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN INTERAUDI BANK ACCOUNT NUMBER 723621 HELD IN THE NAME OF PRODUCTORA DE EVENTOS S.A., AND ALL PROCEEDS TRACEABLE THERETO; and

ANY AND ALL FUNDS ON DEPOSIT IN INTERAUDI BANK ACCOUNT NUMBER 724093 HELD IN THE NAME OF T&T SPORTS MARKETING LTD., AND ALL PROCEEDS TRACEABLE THERETO.